93 F.3d 1146
 5 A.D. Cases 1632
 INMATES OF the ALLEGHENY COUNTY JAIL, Thomas Price Bey,
Arthur Goslee, Robert Maloney, and Calvin Milligan
on their own behalf and on behalf of all
others similarly situated, Appellants,
v.
Cyril H. WECHT, President of the Allegheny County Board of
Prison Inspectors, and the other members of the Board;
Thomas Foerster and William H. Hunt, Commissioners for
Allegheny County; Frank J. Lucchino, Controller for
Allegheny County; Eugene Coon, Sheriff for Allegheny
County; the Honorable Patrick R. Tamilia; Michael J.
O'Malley and Marion K. Finkelhor, Judges, Court of Common
Pleas of Allegheny County; Richard S. Caliguiri, Mayor of
the City of Pittsburgh, Harriet McCray; Msgr. Charles Owen
Rice; and Charles Kozakiewicz, Warden of the Allegheny
County Jail and William R. Robinson, Executive Director of
Prison Inspectors; and Cyril Wecht, Thomas Foerster and
William H. Hunt, as Commissioners of Allegheny County,
v.
The COMMONWEALTH of Pennsylvania; The Commonwealth of
Pennsylvania, Department of Corrections; Davis S. Owens,
Jr., Commissioner, Department of Corrections; and Erskind
Deramus, Deputy Commissioner, Department of Corrections.
 No. 95-3402.
 United States Court of Appeals,
Third Circuit.
 Sept. 20, 1996.
 
 SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, LEWIS, McKEE, Circuit Judges, and POLLAK*, District Judge.
 ORDER
 SLOVITER, Chief Judge.
 
 
 1
 A majority of the active judges having voted for rehearing en banc in the above appeal, it is
 
 
 2
 ORDERED that the Clerk of this Court vacate the panel's opinion and judgment filed August 22, 1996 and list the above case for rehearing en banc at the convenience of the court.
 
 
 
 *
 Hon. Louis H. Pollak, United States Senior Judge for the United States District Court for the Eastern District of Pennsylvania, as to panel rehearing only